
FILED IN OPEN COURT
ON 11/1/11
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-333-1 (3)

IN RE: :
 :
ONE COUNT GRAND JURY : ORDER TO SEAL INDICTMENT
INDICTMENT OF NOVEMBER 1, 2011 :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on November 1, 2011 be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendant and to provide copies of the Indictment to the United States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney.

This the ___1___ day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE